## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Michael Andre Azan, | : | |
| Petitioner, | : | Case No. C1 02 434 |
| v. | : | Judge Dlott |
| James Erwin, Warden, | : | Magistrate Judge Sherman |
| Respondent. | : | |

### NOTICE OF CHANGE OF ADDRESS

Assistant Attorney General Stuart A. Cole, counsel for Respondent, hereby gives notice to the Court and Petitioner of the change of his office address. The new address is reflected below and is effective immediately.

Respectfully submitted,

JIM PETRO   (0022096)
Attorney General

/s/Stuart A. Cole
STUART A. COLE (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 (Fax)
scole@ag.state.oh.us

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of foregoing **Notice of Change of Address** was sent to Petitioner Michael Andre Azan, #335-790, Chillicothe Correctional Institution, P.O. Box 5500, Chillicothe, Ohio 45601, via regular U.S. mail on this 20th day of October, 2003.

/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General