UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

NOTICE OF PLACEMENT IN
CM/ECF DOCKETING SYSTEM

| | |
|---|---|
| Case No.: | 1:02cv434-SJD-JS |
| Caption: | MICHAEL ANDRE AZAN, V. JAMES ERWIN, Warden, |
| Judge: | Susan J. Dlott |
| Magistrate Judge: | Susan M. Novotny (Recalled) |

At the regular meeting of judges conducted on August 26, 2003, the Court agreed that this NOTICE be issued in all cases as they are placed into the Court's new docketing system.

The United States District Court for the Southern District of Ohio is converting from its old Integrated Case Management docketing system to its new Case Management/Electronic Case Files System (CM/ECF) docketing system. The CM/ECF system provides the bench, the bar and the public with unprecedented electronic access to up-to-the-minute docket sheets as well as to the documents themselves.

This action has now been entered into the CM/ECF system. Access to the docket sheet and the documents in this matter are available on the Court's electronic case files web site (http://ecf.ohsd.uscourts.gov).

Electronic Filing

The CM/ECF system is capable of accepting electronic filings over the Internet. All documents that are filed on paper will be scanned by the Clerk's Office and placed into the CM/ECF system for electronic access.

The Court strongly encourages counsel to take advantage of the benefits of filing electronically. Counsel who file documents electronically in a care are required to have the e-mail noticing feature of their user account activated and agree to accept electronic notices from the Court and the other parties. In view of the widespread advance of publicity given by the Court to this new system, it is the Court's expectation that, absent a showing of good cause, all counsel who regularly practice in this district will be prepared to file electronically and accept notice of filings in any civil or criminal case before this Court no later than September 1, 2003.

Court Orders and Notices

The Court will issue its orders and notices electronically to all registered counsel. The court will send its orders and notices to all counsel, through regular U.S. mail, who have not so registered; however, due to the speed of e-mail, counsel will receive notices sooner if they register. Counsel should also check the electronic docket sheet on a regular basis. Parties who are not represented by counsel will sent Court orders and notices through regular U.S. mail.

Service of Documents Filed by the Parties

Documents filed on Paper. All documents filed with the Clerk on paper must be served on the other parties on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

Documents filed Electronically. When a document is filed electronically, the receipt of the filing will indicate which counsel have been notified electronically of the filing by the CM/ECF system and which counsel have not. The filing party **must** serve the documents on paper in the traditional manner, pursuant to the applicable Federal and Local Rules, upon the counsel who were **not** sent electronic notification. The filing party need not serve Counsel who have been sent electronic notification. In instances where a party is not represented by counsel, all documents must be served on that party on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

Electronic Filing of Proposed Documents

If the document you wish to file electronically requires leave of Court, such as an amended complaint or a document to be filed out of time, the proposed document should be attached as an exhibit to a motion. If your motion is granted, you may then file your document electronically; however, you may not file the document on its own, unless and until the motion is granted.

If you wish to submit a proposed order for consideration by the Court, you must e-mail a copy of the proposed order in WordPerfect format to her/him to assist the Court in instances where it desire to modify the proposed order. The judges' e-mail addresses for proposed orders are in the form:

        Judge's last name_Chambers@ohsd.uscourts.gov

Help Desk

The Clerk's Office has established an Electronic Filing Help Desk at 1-866-261-1680 in Columbus, 1-888-743-2126 in Cincinnati, and 1-800-496-3857 in Dayton to answer questions and provide assistance should difficulties arise.

        Kenneth J. Murphy
        Clerk of Court