IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                          :
        Magistrate Judge Jack Sherman, Jr.   :   Case Number:  1:02cv434
                                                   :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Susan J. Dlott
                        United States District Judge