IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
       Magistrate Judge David S. Perelman     Case Number:  1:02cv434

ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.

                                  ___s/Susan J. Dlott_____
                                  Susan J. Dlott
                                  United States District Judge