**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Andre Ayers
   #335-790
   Chillicothe Correctional
   PO Box 5500
   Chillicothe, Ohio
   45601

2. Article Number: 7003 2260 0002 6723 3241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CCLC
☐ Agent
☐ Addressee

B. Received by (Printed Name): CLARKE
C. Date of Delivery: 6/21/04

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540